McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
2500 Tulare Street, Room 4-401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-00277 OWW |
| Plaintiff, ) | |
| ) | ORDER DECLARING REVOCATION AND |
| v. ) | FORFEITURE OF BOND |
| ) | |
| VIDAL BARAJAS MENDOZA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant having violated the conditions of his release, and his current whereabouts are unknown,

IT IS HEREBY ORDERED that the appearance bond on the above-named defendant is revoked and ordered forfeit. The U.S. Attorney shall take all necessary steps in regard to forfeiture of the monies posted with the Court to secure the bond.

FURTHER ORDERED that a warrant for defendant's arrest be executed and the defendant be held without bail pending further proceedings in this court. IT IS SO ORDERED.

**Dated:   June 27, 2007**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE