1 McGREGOR W. SCOTT
United States Attorney
2 KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
3 3654 Federal Building
1130 "O" Street
4 Fresno, California 93721
Telephone: (559) 498-7272
5

FILED
AUG 1 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CR-277 OWW |
| Plaintiff, | ORDER DIRECTING ENTRY OF FINAL JUDGMENT OF FORFEITURE OF BOND (PROPOSED) |
| v. | |
| VIDAL BARAJAS MENDOZA, | |
| Defendant, and Surety, | DATE: August 13, 2007<br>TIME: 9:00 a.m. |
| and | DEPT: Two<br>Honorable Oliver W. Wanger |
| VENACIO R. ALEMAN, LUIS V. ALEMAN, AND HILARIA ALEMAN, | |
| Sureties. | |

The United States of America having moved for an order directing the Clerk of the United States District Court to enter judgment of default against the defendant and surety, VIDAL BARAJAS MENDOZA, and the sureties VENACIO R. ALEMAN, LUIS V. ALEMAN, and HILARIA ALEMAN, in the amount of Fifty Thousand Dollars ($ 50,000); and it appearing to the Court from the entire record that the requested relief should be granted,

IT IS HEREBY ORDERED, that the Clerk of the United States District Court is hereby directed to enter judgment against the defendant Vidal Barajas Mendoza, as principal and surety,

///

///

1

1 | against Venacio R. Aleman, Luis V. Aleman, and Hilaria Aleman as sureties, jointly and severally in
2 | the amount of Fifty Thousand Dollars ($50,000).
3 | Dated: August __14__, 2007

HONORABLE OLIVER W. WANGER
United States District Judge