# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGMENT |
| Plaintiff, | ) | CASE NO: 1:06-cr-0277 OWW |
| v. | ) | |
| VIDAL BARAJAS MENDOZA, | ) | |
| Defendant, and Surety, | ) | |
| and | ) | |
| VENACIO R. ALEMAN, LUIS V. ALEMAN, AND HILARIA ALEMAN, | ) | |
| Sureties. | ) | |

DECISION BY THE COURT: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is hereby entered against the defendant Vidal Barajas Mendoza, as principal and surety, against Venacio R. Aleman, Luis V. Aleman, and Hilaria Aleman, as sureties, joint and severally in the amount of Fifty Thousand Dollars ($50,000) in accordance with the Court's order of 08/14/2007.

ENTERED: August 22, 2007                    VICTORIA C. MINOR, Clerk


                                            By:  /s/ S. Arellano
                                                 Deputy Clerk