

FILED

OCT 0 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CR-277-OWWW |
| Plaintiff, | |
| v. | ORDER FOR FULL RECONVEYANCE OF DEED OF TRUST |
| VIDAL BARAJAS MENDOZA, | |
| Defendant and Surety, | |
| and | |
| VENACIO R. ALEMAN, LUIS V. ALEMAN, and HILARIA ALEMAN, | |
| Sureties. | |

On September 27, 2007, the United States District Court Clerk's Office received from First American Title Company, on behalf of Sureties Venacio R. Aleman and Hilaria Aleman, payment of $50,000.00, which represents the total forfeited bond amount.

Having satisfied the debt owed on the forfeited bond, the Court now directs the Clerk of the Court to provide the Sureties with a duly executed "Substitution of Trustee and Full Reconveyance."

1

1    The Court Clerk is directed to forward the fully

2  executed Substitution of Trustee and Full Reconveyance to First

3  American Title Company for recording:

4              First American Title Company
               Attn: Nancy Hage
5              400 E Street
               Santa Rosa, CA 95404
6

7  DATED:   _10- 5 -07_

8

9                                    _____
                                     OLIVER W. WANGER
10                                   U.S. District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2